1  DEAN B. ARNOLD (Bar No. 282118)
   LAW OFFICE OF DEAN B. ARNOLD
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone:    (510) 900-9510
4  Facsimile:    (510) 443-5025
   Email:        dean@deanarnoldlaw.com
5
6  Attorney for Pesa Thompson

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN FRANCISCO DIVISION**

10

11  UNITED STATES OF AMERICA,            )   No. 13-MJ-71530-MAG
                                         )
12              Plaintiff,               )   **STIPULATED MOTION TO CHANGE**
                                         )   **DATE OF PRELIMINARY HEARING**
13  v.                                   )   **OR ARRIAGNMENT**
                                         )
14  PESA THOMPSON, et al.,               )
                                         )
15                                       )
                Defendant.                )
16                                       )

17

18      The Court previously continued the originally scheduled preliminary hearing or
19  arraignment for Pesa Thompson from March 25, 2014, until April 8, 2014 at 9:30 a.m.  The
20
21  United States of America and Defendant Pesa Thompson (hereinafter the "Parties") hereby
22  stipulate to and move the Court for its Order vacating the April 8th appearance, resetting the
23  preliminary hearing or arraignment to May 20, 2014 at 9:30 a.m., and extending the time limits
24
25  provided by Federal Rule of Criminal Procedure 5.1(c).  This extension of time is necessary for
26  the Parties to explore possible pre-indictment resolution, to produce and review discovery, and
27  for effective preparation of counsel.
28      Pursuant to Rule 5.1(d), the Parties consent to the extension of time and represent that

13-MJ-71530
STIPULATED MOTION TO CHANGE HEARING DATE - 1

1  good cause exists for this extension, including the effective preparation of counsel.  *See* 18
2  U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the Parties also request that the Court exclude
3  from the time limits of 18 U.S.C. § 3161 the period from the date of this order through May 20,
4  2014.  The Parties also agree that the ends of justice served by granting such an exclusion of time
5  outweigh the interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §
6  3161(h)(7)(A).

IT IS SO STIPULATED.

Respectfully Submitted this 7th day of April,

LAW OFFICE OF DEAN B. ARNOLD

/s/
DEAN B. ARNOLD
Attorney for Pesa Thompson

MELINDA L. HAAG
United States Attorney

/s/
KEVIN J. BARRY
Assistant United States Attorney

Dated: 4/7/14



13-MJ-71530
STIPULATED MOTION TO CHANGE HEARING DATE - 2